# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| AMELIA CONCEPCION HERNANDEZ, | CASE NO. 15cv2270-WQH-WVG |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation (ECF No. 20) issued by United States Magistrate Judge William V. Gallo, recommending that Plaintiff's Motion for Summary Judgment (ECF No. 12) be denied in part and granted in part and that Defendant's Cross-Motion for Summary Judgment (ECF No. 17) be granted in part and denied in part and that the case be remanded for further proceedings.

**I. Background**

On February 14, 2012, Plaintiff filed an application for disability insurance benefits, alleging disability beginning January 5, 2011. (AR 55-57). Plaintiff's application was denied at the initial level and upon reconsideration. Plaintiff then requested a hearing before an Administrative Law Judge (ALJ), which was held on January 13, 2014. (AR 21). On January 31, 2014, the ALJ issued a written decision finding Plaintiff not disabled under sections 216(9) and 223(d) of the Social Security

Act. (AR 30). The Appeals Council for the Social Security Administration denied Plaintiff's request for further review. (AR 1).

On October 9, 2015, Plaintiff, represented by counsel, commenced this action seeking judicial review of Defendant's decision pursuant to 42 U.S.C. § 405(g). (ECF No. 1). On March 21, 2016, Plaintiff filed a motion for summary judgment. (ECF No. 12). On April 19, 2016, Defendant filed a cross-motion for summary judgment. (ECF No. 17). On April 19, 2016, Defendant filed an opposition to the motion for summary judgment. (ECF No. 18). On May 19, 2016, Plaintiff filed an opposition to the cross-motion for summary judgment. (ECF No. 19).

On August 3, 2016, the Magistrate Judge issued the Report and Recommendation. (ECF No. 20). The Magistrate Judge found that "the ALJ did not commit legal error in evaluating both treating physicians' opinions that Plaintiff could return to work." *Id.* at 43. The Report and Recommendation recommends that "Plaintiff's MSJ regarding the treating physician issue is DENIED and Defendant's Cross Motion regarding the treating physician issue is GRANTED." *Id.* The Magistrate Judge found that "1) the ALJ committed legal error by not considering Plaintiff's potential closed period of disability between January 2011 to August 2012, and possibly until November 2013, and 2) alternatively, that even if the ALJ did not commit legal error, the ALJ's finding that Plaintiff was not disabled during the potential closed period is unsupported by substantial evidence." *Id.* at 47. The Report and Recommendation recommends that "the Plaintiff's MSJ regarding the closed period should be GRANTED, that the Defendant's Cross-motion regarding the closed period should be DENIED, and that the case be remanded to consider Plaintiff's potential closed period." *Id.* at 53.

The Report and Recommendation states that "no later than August 17, 2016, any party to this action may file written objections with the Court" and "[t]he [parties are advised that failure to file objections within the specific time may waive the right to raise those objections on appeal." *Id.* at 54. The docket reflects that no objections to

the Report and Recommendation have been filed.

**II. Review of the Report and Recommendation**

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

The Court has reviewed the Report and Recommendation, the written opinion of the ALJ, the administrative record, and the submissions of the parties. The Court concludes that the Magistrate Judge correctly found that the ALJ's decision regarding the treating physician issue is supported by substantial evidence and the ALJ applied the correct legal standards. The Court further concludes that the Magistrate Judge correctly found that the ALJ committed legal error by not considering Plaintiff's potential closed period of disability or, in the alternative, the ALJ's finding that Plaintiff was not disabled during the potential closed period is not supported by substantial evidence.

///
///
///
///
///
///
///
///

### III. Conclusion

IT IS HEREBY ORDERED that (1) the Report and Recommendation (ECF No. 20) is adopted in its entirety; (2) the motion for summary judgment (ECF No. 12) filed by Plaintiff is denied in part and granted in part; (3) the cross-motion for summary judgment (ECF No. 17) filed by Defendant is granted in part and denied in part; and (4) the case is remanded to the Social Security Administration for further proceedings consistent with this Order and the Report and Recommendation.

DATED: August 25, 2016

*William Q. Hayes* (signature)
**WILLIAM Q. HAYES**
United States District Judge